No. 84–1616. PARSONS STEEL, INC., ET AL. *v.* FIRST ALABAMA BANK, N. A., ET AL. C. A. 11th Cir. Certiorari granted.

No. 84–1728. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION *v.* FEDERAL LABOR RELATIONS AUTHORITY ET AL. C. A. D. C. Cir. Certiorari granted.

No. 84–1362. PUBLIC SERVICE COMMISSION OF MARYLAND *v.* CHESAPEAKE & POTOMAC TELEPHONE COMPANY OF MARYLAND. C. A. 4th Cir. Certiorari granted and case set for oral argument in tandem with No. 84–871, *Louisiana Public Service Commission* v. *FCC;* No. 84–889, *California* v. *FCC;* No. 84–1054, *Public Utilities Commission of Ohio* v. *FCC;* and No. 84–1069, *Florida Public Service Commission* v. *FCC, supra.* JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this order.

No. 84–1479. HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY *v.* WILSON. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–1606. HOLBROOK, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION, ET AL. *v.* FLYNN. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.